```
                                    FILED
                          CLERK, U.S. DISTRICT COURT

                              JUL - 6 2009

                          CENTRAL DISTRICT OF CALIFORNIA
                          BY                        DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO DWIGHT JOHNSON,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW MARTELL, WARDEN,<br><br>    Respondent. | CASE NO. ED CV 08-1468-RSWL (PJW)<br><br>ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

DATED: July 6, 2009.

RONALD S.W. LEW
_____
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JOHNSON, A 1468\Order accep r&r.wpd