FILED
CLERK, U.S. DISTRICT COURT

JUL – 6 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONZO DWIGHT JOHNSON, ) | CASE NO. ED CV 08-1468-RSWL (PJW) |
| ) | |
| Petitioner, ) | J U D G M E N T |
| ) | |
| v. ) | |
| ) | |
| MATTHEW MARTELL, WARDEN, ) | |
| ) | |
| Respondent. ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:   July 6, 2009   .

RONALD S.W. LEW

_____
RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\JOHNSON, A 1468\Judgment.wpd